STATE of Missouri,
Plaintiff/Respondent,

v.

Clinton FRAZIER, Defendant/Appellant.

Clinton FRAZIER, Movant/Appellant,

v.

STATE of Missouri, Respondent.

Nos. 59628, 61379.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 15, 1992.

William J. Swift, Columbia, for defendant/appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

PER CURIAM.

In this jury-tried case, defendant was convicted of first degree burglary, first degree assault, first degree robbery, and attempted rape. He was charged as a prior offender.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).

Craig PHILLIPS, Appellant,

v.

STATE of Missouri, Respondent.

No. 61044.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 15, 1992.

Jeannie Arterburn, St. Louis, for appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

The denial of Movant's Rule 29.15 motion is affirmed. Movant has previously filed a Rule 27.26 motion. Furthermore, a Rule 29.15 motion may not be used to present newly discovered evidence.

The judgment of the trial court is based on findings of fact that are not clearly erroneous. No error of law appears. An extended opinion would have no precedential value.

Affirmed under Rule 84.16(b).